UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND HENLEY CAMPBELL,

    Plaintiff,

v.                                                  Case No. 10-13098
                                                  Honorable Patrick J. Duggan

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

      Plaintiff applied to the Social Security Administration for supplemental security income benefits on July 27, 2005, alleging that he became disabled on June 12, 2005. The Commissioner of Social Security ("Commissioner") found that Plaintiff was disabled from June 12, 2005 through February 5, 2007, but that a medical improvement related to the ability to work rendered him not disabled from February 6, 2007 forward.  On August 5, 2010, Plaintiff initiated this lawsuit to challenge that decision.  Thereafter, the parties filed cross-motions for summary judgment.  In an Opinion and Order issued on this date, the Court granted Plaintiff's motion, denied the Commissioner's motion, and remanded the matter to the Commissioner for an award of benefits.

      Accordingly,

      **IT IS ORDERED, ADJUDGED, AND DECREED**, that **JUDGMENT** is entered in favor of Plaintiff Raymond Henley Campbell and against the Commissioner of

Social Security.

Date:  June 1, 2011                                  s/PATRICK J. DUGGAN
                                                     UNITED STATES DISTRICT JUDGE

Copies to:
David M. Stewart, Esq.
AUSA Lynn M. Dodge
Magistrate Judge Charles E. Binder