UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND HENLEY CAMPBELL,

    Plaintiff,

v.                                              Case No. 10-13098
                                                 Honorable Patrick J. Duggan

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                           /

## AMENDED JUDGMENT

Plaintiff applied to the Social Security Administration for supplemental security income benefits on July 27, 2005, alleging that he became disabled on June 12, 2005. The Commissioner of Social Security ("Commissioner") found that Plaintiff was disabled from June 12, 2005 through February 5, 2007, but that a medical improvement related to the ability to work rendered him not disabled from February 6, 2007 forward. On August 5, 2010, Plaintiff initiated this lawsuit to challenge that decision. Thereafter, the parties filed cross-motions for summary judgment. In an opinion and order issued on June 1, 2011, the Court granted Plaintiff's motion, denied the Commissioner's motion, remanded the matter to the Commissioner for an award of benefits, and entered a judgment in favor of Plaintiff. The Commissioner thereafter filed a motion to alter or amend the judgment, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that **JUDGMENT** is

entered in favor of the Commissioner of Social Security and against Plaintiff Raymond Henley Campbell;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Date:  October 26, 2011                         s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
David M. Stewart, Esq.
AUSA Lynn M. Dodge
Magistrate Judge Charles E. Binder